Florence T. Nakakuni 2286
United States Attorney
District of Hawaii

Harry Yee 3790
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Harry.Yee@usdoj.gov

Attorneys for Petitioner
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>CARL Y. UEMURA,<br><br>Respondent. | CIVIL NO. 16-00285 JMS-KSC<br><br>FINDINGS AND RECOMMENDATION REGARDING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |

FINDINGS AND RECOMMENDATION REGARDING
PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

A hearing was held on Friday, July 15, 2016, at 9:15 am before the Honorable Kevin S.C. Chang, United States Magistrate Judge, on the Petition to Enforce Internal Revenue Service Summons filed by the United States of America. Harry Yee, Assistant United States Attorney and IRS Revenue Officer Venice

Y. Lim appeared on behalf of the United States.  Carl Y. Uemura, the respondent, was also present.

All the government needs to do to establish a prima facie case for enforcement of a summons is to show that the summons is issued for a legitimate purpose, the data sought may be relevant to that purpose, the data is not already in the Internal Revenue Service's possession, and the administrative steps for issuance and service of a summons have been followed.  <u>United States v. Powell</u>, 379 U.S. 48 (1964).

The government has established a prima facie case for enforceability with the Declaration of Venice Y. Lim and the burden then shifts to the respondent to refute the valid purpose of the IRS summons.  Before the court, Mr. Uemura admitted that he has failed to respond to the IRS summons and presented no facts or law to dispute the valid purpose of the IRS summons issued to him in this case.

Therefore, it is the recommendation of this Court to the United States District Judge that an order be entered as follows:

(1)  That the Internal Revenue Service summons served on Carl Y. Uemura shall be enforced and he shall obey the summons in full;

(2)  That on or before noon on August 15, 2016, the respondent shall appear at the offices of the IRS and submit to examination by Revenue Officer Lim to establish his tax liabilities for the

years 2009-2014 and provide any required supporting records or documentation for the years 2009-2014;

(3)   And that should respondent fail to fulfill the either of the requirements of this order then the United States may forthwith move this court for a hearing on motion for contempt of this order.

DATED:  Honolulu, Hawaii, July 26, 2016.



Kevin S.C. Chang
United States Magistrate Judge

USA v. Carl Y. Uemura
Civil 16-00285 JMS KSC
Findings and Recommendation Regarding Petition to Enforce Internal Revenue Service Summons"